1  MICHAEL P. THORMAN, State Bar No. 63008
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 SOUTHLAND DR., SUITE 312
   HAYWARD, CA 94577
3  TEL. (510) 785-8400
   FAX (510) 670-0955
4
   Attorney for Defendant Dawn Lashea Magee
5

6
                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                         OAKLAND DIVISION
9

10

11 UNITED STATES OF AMERICA,              No. 06-70190-WDB

12         Plaintiff,                     STIPULATION AND ORDER
                                          ALLOWING DEFENDANT TO TRAVEL
13 v.                                     OUTSIDE THE NORTHERN DISTRICT
                                          OF CALIFORNIA
14

15 DAWN LASHEA MAGEE,

16         Defendant.

17 _____/

18     It is hereby stipulated by and between Assistant United States Attorney, Garth Hire, and

19 counsel for defendant, Michael P. Thorman, that the above-named defendant is allowed to travel

20

21 to Los Angeles to attend her grandmother's funeral.

22     Defendant was previously released in this matter subject to certain conditions, one of

23 which restricted her travel to the boundaries of the Northern District of California.

24     I, Michael Thorman, am informed and believe that defendant's grandmother, who lived in

25

26 Los Angeles, died on May 24, 2006. The funeral is scheduled for June 2, 2006. Defendant

27 requests the Court allow her to drive to Los Angeles on Thursday, June 1, to return after

28                                        1

memorial services on the evening of June 2. The defendant has provided me with a copy of her itinerary, which is attached hereto.

I have talked to Paul Mamaril of Pre-trial Services, who is supervising defendant's release. He has no objection to an order permitting this travel.

DATED: 5/31/06

GARTH HIRE
Assistant United States Attorney

DATED: 5/31/06

MICHAEL P. THORMAN
Attorney for Dawn Lashea Magee

**ORDER**

IT IS HEREBY ORDERED that the above-named defendant is permitted to travel to Los Angeles on June 1, 2006 to attend her grandmother's funeral, and to return to the Northern District of California on June 2, 2006.

DATED: June 1, 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

United States Magistrate or District Court Judge

2