MICHAEL P. THORMAN, State Bar No. 63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 SOUTHLAND DR., SUITE 312
HAYWARD, CA 94577
TEL. (510) 785-8400
FAX (510) 670-0955

Attorney for Defendant Dawn Lashea Magee

FILED
NOV 27 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-00516-DLJ |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE |
| v. | |
| DAWN LASHEA MAGEE, | |
| Defendant. | |

Based on the Stipulation of Counsel and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the date for imposition of sentence is continued from December 8, 2006 to January 12, 2007 at 9:00 a.m.

Dated: 11-27-06

_____
United States District Court Judge

[PROPOSED] ORDER CONTINUING SENTENCING DATE   1                                            06-00516-DLJ